In the Matter of the Claim of RAYMOND SCHULTZ, Respondent, against REMINGTON RAND, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ELIZABETH McGLOIN, Respondent, against HENSTONE STORAGE & VAN COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of SARA LAZICH and Others, Respondents, against WICKWIRE SPENCER STEEL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. All concur, except Crapser, J., who dissents and votes to reverse the award and to dismiss the claim, with costs against the State Industrial Board, on the ground that no claim was filed as required by the Workmen's Compensation Law.

In the Matter of the Claim of MARIE JENSEN, Respondent, against RAILWAY EXPRESS AGENCY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.†— Award affirmed, with costs to the State Industrial Board. All concur, except Hill, P. J., and Bliss, J., who dissent on the authority of *Matter of Andrews* v. *L. & S. Amusement Corp.* (253 N. Y. 97).

In the Matter of the Claim of MARGARET A. NEWTON, Respondent, against U. S. L. BATTERY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of SOPHIE REKUC, Respondent, against W. BARNET & SON, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.‡— Award affirmed, with costs to the State Industrial Board. All concur, except Bliss, J., who dissents and votes to reverse award and to dismiss the claim.

In the Matter of the Claim of RUSSELL R. ROWE, Appellant, against PATRICK McGOVERN, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to amend order as to costs denied.

In the Matter of the Claim of ROMEO SANTO, Respondent, against SYMINGTON MACHINE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion by claimant for retaxation of costs denied. McNamee and Crapser, JJ., dissent. Motion by appellants for reargument denied, with ten dollars costs to the claimant against the appellants. Motion by appellants for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of FLORENCE DUMARS, Respondent, against R. H. BAKER COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.